No. 86–594. NATIONAL LABOR RELATIONS BOARD ET AL. *v.* UNITED FOOD & COMMERCIAL WORKERS UNION, LOCAL 23, AFL–CIO. C. A. 3d Cir. Certiorari granted.

No. 86–651. UNITED PAPERWORKERS INTERNATIONAL UNION, AFL–CIO, ET AL. *v.* MISCO, INC. C. A. 5th Cir. Certiorari granted.

No. 86–772. CITY OF ST. LOUIS *v.* PRAPROTNIK. C. A. 8th Cir. Certiorari granted.

No. 86–327. MULLINS COAL CO., INC. OF VIRGINIA, ET AL. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL. C. A. 4th Cir. Motion of National Coal Association for leave to file a brief as *amicus curiae* granted. Motion of respondent Luke R. Ray for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 86–473. GWALTNEY OF SMITHFIELD, LTD. *v.* CHESAPEAKE BAY FOUNDATION, INC., ET AL. C. A. 4th Cir. Motion of Connecticut Business & Industry Association for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 86–492. BOYLE, PERSONAL REPRESENTATIVE OF THE HEIRS AND ESTATE OF BOYLE *v.* UNITED TECHNOLOGIES CORP. C. A. 4th Cir. Certiorari granted. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 86–595. UNITED STATES *v.* FAUSTO. C. A. Fed. Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Motion of respondent for leave to file a cross-petition for writ of certiorari out of time denied. Certiorari granted.

No. 85–1931. PATWARDHAN *v.* SAN ANTONIO COMMUNITY HOSPITAL ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 85–7156. BROWN *v.* GUILLORY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.